IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HAROLD MAURICIO PABON PORRAS,   *

            Petitioner,   *

v.   Case No. 4:23-CV-143-CDL-MSH

                            *

Warden, STEWART DETENTION
CENTER, et al.,   *

           Respondents.   *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 21, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of November, 2023.

                                                         David W. Bunt, Clerk

                                                         s/ Terrie L. Potts, Deputy Clerk